IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | CASE NUMBER 1:16-CR-00092-1-MJT |
| v. § | |
| § | |
| § | |
| EURIC HENDERSON GIBBONS § | |
| § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

The Defendant Euric Gibbons' Motion to Reduce Sentence (doc. #137) was referred to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court. The Court received and considered the Report of the United States Magistrate Judge (doc. #148) filed pursuant to such referral, along with the record, motions, responses, and all available evidence.

Judge Stetson recommended that Gibbons' Motion to Reduce Sentence (doc. #137) be denied. No objections to the proposed findings and recommendations were filed by the parties, and the deadline to do so has passed. Accordingly, the report and recommendation of the magistrate judge are correct and the report of the magistrate judge is ADOPTED. It is therefore ORDERED that Defendant's Motion to Reduce Sentence (doc. #137) is DENIED.

**SIGNED this 29th day of June, 2023.**

Michael J. Truncale
United States District Judge